THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB PODEL, Appellant.

Submitted June 1, 1938; decided July 7, 1938.

*Herbert S. Greenberg* for appellant.

*William F. X. Geoghan, District Attorney (George F. Palmer, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. CRANE, Ch. J., dissents on the ground that there is no evidence whatever to justify the conviction.